# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | Case No.  1:20-cv-01400-NONE-SAB |
| Plaintiff, | ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR NOVEMBER 10, 2021 |
| v. | |
| ALMA INFANTE, | (ECF Nos. 14, 17) |
| Defendant. | |

Plaintiff G & G Closed Circuit Events, LLC initiated this action on October 1, 2020. (ECF No. 1.)  A pretrial conference has been set in this matter for February 13, 2022, pursuant to the Court's January 7, 2021 scheduling order.  (ECF No. 13.)  On September 1, 2021, Defendant filed a motion for summary judgment.  (ECF No. 14.)  On October 15, 2021, the District Judge referred the motion to the undersigned for the entry of findings and recommendations or other appropriate action.  (ECF No. 17.)

The Court shall set a hearing on the Defendants' motion for November 10, 2021, before the undersigned.  However, after review by the Court, the Court may vacate the hearing and take the matter under submission and issue its opinion forthwith.

///

///

1

Accordingly, IT IS HEREBY ORDERED that a hearing on Defendant's motion for summary judgment (ECF No. 14) is SET for **November 10, 2021 at 10:00 a.m.** in Courtroom 9 before the Honorable Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: __**October 20, 2021**__

UNITED STATES MAGISTRATE JUDGE

2