# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALMA INFANTE,<br><br>Defendant. | Case No. 1:20-cv-01400-NONE-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 21) |

On September 1, 2020, Defendant Alma Infante filed a motion for summary judgment that is currently set for hearing before the undersigned on November 10, 2021.  (ECF Nos. 14, 19.)  On November 4, 2021, the parties filed a stipulation requesting the hearing date be continued until December 15, 2021.  (ECF No. 21.)  The Court finds good cause to grant the stipulated request.

///

///

///

///

///

1

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the hearing on Defendants' motion for summary judgment currently set for November 10, 2021 (ECF Nos. 14, 19), is CONTINUED to December 15, 2021, at 10:00 a.m. (PST) in Courtroom 9.

IT IS SO ORDERED.

Dated:   **November 5, 2021**

UNITED STATES MAGISTRATE JUDGE