# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALMA SOSA INFANTE,<br><br>Defendants. | Case No. 1:20-cv-01400-JLT-SAB<br><br>ORDER VACATING ALL MATTERS INCLUDING AUGUST 9, 2022 SETTLEMENT CONFERENCE, AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS ON OR BEFORE AUGUST 29, 2022<br><br>(ECF No. 37) |

On August 8, 2022, Plaintiff filed a notice of settlement of this action. (ECF No. 37.) Accordingly, the Court shall vacate all pending dates and matters, including the settlement conference set for August 9, 2022, before Magistrate Judge Barbara A. McAuliffe.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before August 29, 2022.

IT IS SO ORDERED.

Dated: **August 8, 2022**

UNITED STATES MAGISTRATE JUDGE

1